UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:24-CR-44-CCB-SJF |
| DENARDO A MCCORMACK | |

## **ORDER**

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed June 5, 2025. Defendant Denardo A. McCormack pleaded guilty to two counts in the Superseding Indictment charging him with (1) possession with intent to distribute a controlled substance, including 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of 18 U.S.C. § 841(a)(1) and 841(b)(1)(A)(viii) (Count 1); and (2) possession of a firearm in furtherance of drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A). No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to Counts 1 and 3 as charged in the Superseding Indictment is hereby accepted, and the defendant is adjudged guilty of these offenses.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing

memorandum whether it maintains that objection. If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the party expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on June 24, 2025

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT